UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

TRAFFIC SPORTS USA, INC.,

                Plaintiff,

       -against-

LUIS SEGURA, individually and as
officer, director, shareholder and/or
principal of Sophi's Place Bar Restaurant, Inc.,
and SOPHI'S PLACE BAR RESTAURANT, INC.,
d/b/a Kaprichos Bar, and KAPRICHOS BAR, INC.,
d/b/a Kaprichos Bar,

                Defendants.
-------------------------------------------------------X

**ORDER**

06 CV 3360 (RJD)(CLP)

DEARIE, Chief Judge.

On August 12, 2008, Magistrate Judge Cheryl L. Pollak recommended that the Court award plaintiff $3,750 in statutory damages, plus an additional $10,000 in enhanced damages and $550 in attorneys fees, for a total award of $14,300 against defendants for violations of the Federal Communications Act of 1934, as amended, 47 U.S.C. §§ 533 and 605. Any objections to the report and recommendation were due on September 1, 2008. No objections have been filed by the parties. The Court adopts the Magistrate Judge's recommendation.

SO ORDERED.

Dated: Brooklyn, New York
       November _11_ , 2008

                                                  RAYMOND J. DEARIE
                                                 United States District Judge